### MAURY MICROWAVE, INC., Plaintiff–Appellee,

v.

### FOCUS MICROWAVES, INC., (also known as Focus Micro Ondes Inc.), Defendant–Appellant.

### No. 2013–1006.

United States Court of Appeals, Federal Circuit.

Aug. 13, 2013.

Darren M. Franklin, Sheppard, Mullin, Richter & Hampton LLP, of Los Angeles, CA, argued for plaintiff-appellee. With him on the brief were Gary A. Clark and Andrew T. Kim.

Michael R. Annis, Husch Blackwell LLP, of St. Louis, MO, argued for defendant-appellant. With him on the brief was Joann T. Sandifer.

RADER, Chief Judge, CLEVENGER, and MOORE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**